**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 508 MAL 2014
:
                Respondent     :
                           : Petition for Allowance of Appeal from the
                           : Order of the Superior Court
         v.            :
:
:
:
BRIAN K. THOMPSON,          :
:
                Petitioner      :


## ORDER


**PER CURIAM**

      **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal

is **DENIED**.